1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5

   Attorney for Defendant
6  RODOLFO CABRAL-RODARTE

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )
                                     )   No. 1:09-cr-0244 OWW
12              Plaintiff,           )
                                     )   STIPULATION TO CONTINUE  STATUS
13         v.                        )   CONFERENCE; ORDER
                                     )
14 RODOLFO CABRAL-RODARTE,           )   Date:   November 23, 2009
                                     )   Time:   9:00 a.m.
15              Defendant.           )   Judge:  Hon. Oliver W. Wanger
   _____   )

16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18 counsel that the status conference in the above-captioned matter now set for November 16, 2009, **may be**

19 **continued to November 23, 2009 at 9:00 A.M.**

20     This continuance is at the request of counsel for defendant.  Counsel will be unavailable and out of

21 the office the week of November 16, 2009 due to a mandatory training conference out of state.

22 ///

23 ////

24 ///

25 ///

26 ///

27 ///

28 ///

Defendant's Stipulation and Proposed Order

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

LAWRENCE BROWN
United States Attorney

DATED: November 12, 2009       By:   /s/ Ian Garriques
                                     IAN GARRIQUES
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: November 12, 2009       By:   /s/ Peggy Sasso
                                     PEGGY SASSO
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Rodolfo Cabral-Rodarte

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   November 12, 2009**                /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE